UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON,<br><br>Defendants. | Case No.: 4:17-cv-07250-JST<br><br>**[PROPOSED] ORDER** ~~FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT~~<br><br>RESCHEDULING HEARING ON MOTION TO TRANSFER |

The Court, having reviewed the Stipulation ~~for Extension of Time to Respond to Amended Complaint~~ to reschedule a motion hearing, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

The hearing for Defendants' motion to transfer venue under 28 U.S.C. § 1404(a) (Dkt. 30) shall be rescheduled to April 18, 2019, at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 27, 2019

_____
Hon. Jon S. Tigar
United States District Judge